HUY TRAN, Bar No. 288196
Justice at Work Law Group, LLP
1550 The Alameda, Suite 302
San Jose, CA 95126
Telephone: (408) 317-1100
Facsimile: (408) 351-0105
Huy@JAWLawGroup.com

Attorney for Plaintiff
TIEN VAN MAI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TIEN VAN MAI,<br><br>    Plaintiff,<br><br> v.<br><br>PHO NATION NOODLE AND RICE, CALVIN DO, and TRUONG NGUYEN,<br><br>    Defendants. | Case No. 21-CV-00375<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES WHO HAVE MADE AN APPEARANCE:

This matter has been settled.  Plaintiff requests that this matter be dismissed in its entirety with prejudice.

Dated: March 5, 2021    By: *//s//Huy Tran//s//*
                Huy Tran
                Attorney for Plaintiff TIEN VAN MAI